IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **K.H., on behalf of JOHN DOE, a minor,** | **Civil No. 1:22-CV-698** |
| **Plaintiff,** | |
| v. | |
| **JAMES REESE,** | |
| **Defendant.** | **Judge Sylvia H. Rambo** |

## O R D E R

**AND NOW**, this 4th day of January, 2023, upon consideration of Defendant James Reese's motion to dismiss for failure to state a claim (Docs. 7, 10), **IT IS HEREBY ORDERED** that the motion is **DENIED**.

/s/ Sylvia H. Rambo
SYLVIA H. RAMBO
United States District Judge